.JAX ICE & COLD STORAGE CO., a Corporation, Trading as Jax Brewing Company, Appellant, v. Conway P. COE, United States Commissioner of Patents, and Jackson Brewing Company, a Corporation, Appellees.

No. 7554.

United States Court of Appeals for the District of Columbia.

Argued Nov. 12, 1940.

Decided Dec. 9, 1940.

Writ of Certiorari Denied April 7, 1941.

See 61 S.Ct. 837, 85 L.Ed. ——.

Thomas L. Mead, Jr., of Washington, D. C., and Ernest P. Rogers, of Atlanta, Ga., for appellant.

W. W. Cochran, U. S. Patent Office, R. F. Whitehead, and Herbert H. Porter, all of Washington, D. C., for appellees.

Before STEPHENS, VINSON, and EDGERTON, Associate Justices.

PER CURIAM.

This case is governed by Coe v. Hobart Manufacturing Company, 70 App.D.C. 2, 102 F.2d 270, and J. C. Eno (U.S.) Limited v. Coe, 70 App.D.C. 337, 106 F.2d 858. We have carefully considered the earnest and thoughtful argument of appellant's counsel that we should overrule those cases, but we are still of opinion that they were rightly decided.

The judgment appealed from is therefore affirmed.